**Order entered October 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01202-CR
### No. 05-15-01203-CR

### SENRICK WILKERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause Nos F10-01183-J, F10-01184-J

## ORDER

The Court has before it appellant's October 19, 2015 "request for assignment of counsel."

The Court has dismissed the appeals for want of jurisdiction. Accordingly, we **DENY** the

motion.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE